# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153039-40 & (56)(57)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 153039-40
                                        COA: 321370; 325372
MATTHEW JOHN SCOTTON,                      Charlevoix CC: 13-014711-FC
      Defendant-Appellant.

_____/

      On order of the Court, the motion to supplement is GRANTED. The motion to remand is DENIED. The application for leave to appeal the November 24, 2015 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Comer* (Docket No. 152713) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2016             

a0928                                                  Clerk